**William Scott DAVIS, Jr., Plaintiff-Appellant,**

v.

**DEPARTMENT OF STATE; Social Security Administration, Defendants-Appellees,**

and

**State of North Carolina; Wake County North Carolina Municipal Government; Town of Cary North Carolina, Defendants.**

No. 16-2233

United States Court of Appeals, Fourth Circuit.

Submitted: January 31, 2017

Decided: February 2, 2017

William Scott Davis, Jr., Appellant Pro Se. George Maralan Kelley, III, Assistant United States Attorney, Norfolk, Virginia; Peter Andrew Teumer, ROBEY TEUMER & DRASH, Norfolk, Virginia, for Appellees.

Before WILKINSON, KEENAN, and THACKER, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Scott Davis, Jr., appeals the district court's order dismissing his Freedom of Information Act complaint and imposing upon him a prefiling review system for future civil actions. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Davis v. Dep't of State, No. 4:13–cv–00058–RBS–DEM (E.D. Va. Aug. 19, 2016). We deny all of Davis' pending motions, including his motions to remand, to vacate, to appoint counsel, and to appoint a guardian ad litem. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED